IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12CV195

| | |
|---|---|
| KAY BRIGGS, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | ORDER |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed August 5, 2013. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. It appears to the court that the parties have not filed any such objections.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and that the recommendation to deny Plaintiff's "Motion for Judgment on the Pleadings" and grant the Defendant's "Motion for an Order Affirming the Commissioner's Decision" is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, Plaintiff's "Motion for Judgment on the Pleadings" is DENIED, and the Defendant's "Motion for an Order Affirming the Commissioner's Decision" is GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: September 4, 2013

Graham C. Mullen
United States District Judge